# United States District Court
## *Southern District of Georgia*

Ghada Demian,

_____
Plaintiff

Case No.   1:25-cv-00231-JRH-BKE

v.   Benjamin Mellerson and Evans Delivery Company, Inc.

_____
Defendant

Appearing on behalf of

Benjamin Mellerson and Evans Delivery (

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This ___1st___ day of ___April___ , __2026__ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
*****

NAME OF PETITIONER:    Geoffrey F. Calderaro
_____

Business Address:    Freeman Mathis & Gary, LLP
_____
Firm/Business Name

100 Galleria Parkway
_____
Street Address

| Suite 1600 | Atlanta | GA | 30339 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |
| 770-818-0000 | | 991159 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:    Geoffrey.Calderaro@fmglaw.com